UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TONY A. SANTOS, et al., <br><br> Defendants. | Case No. 5:18-cv-02994-EJD <br><br> **ORDER TO SHOW CAUSE RE: SETTLEMENT** |

The parties, having filed a Notice of Settlement on August 22, 2018 (Dkt. No. 15), are ordered to appear before the Honorable Edward J. Davila on **September 27, 2018 at 10:00 AM** in Courtroom No. 4, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b). On or before **September 20, 2018**, the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of the settlement as well as the amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal is filed on or before **September 20, 2018.**

All other pretrial deadlines and hearing dates are VACATED and any pending motions are TERMINATED. The Order to Show Cause issued on August 17, 2018 (Dkt. No. 14) is

Case No.: 5:18-cv-02994-EJD
ORDER TO SHOW CAUSE RE: SETTLEMENT

1

DISCHARGED.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss the action.

**IT IS SO ORDERED.**

Dated: August 23, 2018

EDWARD J. DAVILA
United States District Judge